**Dismissed and Memorandum Opinion filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00511-CV

## IN THE ESTATE OF NED THEODORE GORDON, DECEASED

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-CPR-022104**

## M E M O R A N D U M   O P I N I O N

On May 21, 2012, appellant, Marshall Gordon, filed a notice of appeal from a portion of a judgment signed August 8, 2011, which was purportedly made final and appealable by a final summary judgment signed April 20, 2012. No record has been filed.

On June 19, 2012, appellant filed an opposed motion to abate this appeal pending resolution of his motion to dismiss a related appeal docketed under our case number 14-11-00812-CV, and styled *Patricia Vickery v. Marshall Gordon & Clardy, Davis & Knowles*. On July 11, 2012, we granted appellant's motion to

abate this appeal.

The motion to dismiss in case number 14-11-00812-CV was denied in this court's opinion issued July 31, 2012. *See Vickery v. Gordon,* No. 14-11-00812-CV, 2012 WL 3089409 (Tex. App.—Houston [14th Dist.] July 31, 2012, no pet.) (mem. op.). Mandate has issued and the appeal in case number 14-11-00812-CV is final. Accordingly, on January 15, 2013, we ordered this appeal reinstated. We also ordered appellant to make payment arrangements for the clerk's record and arrange for the record to be filed in this appeal on or before February 15, 2013. In our order, we notified appellant that failure to comply would result in dismissal of this appeal. *See* Tex. R. App. P. 37.3(b), 42.3(c).

Appellant did not respond to this court's January 15, 2013, order. The clerk's record has not been filed, and no request for an extension of time to file the record has been received.

Accordingly, we order the appeal dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.